UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

SEP 1 5 2006 RQ
SEP 15 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ANTHONY MARANO COMPANY<br><br>Plaintiff,<br><br>v.<br><br>DELRAY FARMS, L.L.C., and JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS, Defendants. | Ca 06CV5005<br>JUDGE NORDBERG<br>Ju MAG.JUDGE BROWN<br><br>Magistrate Judge: |

**COMPLAINT**
(To enforce payment from Produce Trust)

Plaintiff ANTHONY MARANO COMPANY (hereinafter "AMC") for its complaint against DELRAY FARMS, L.L.C., and JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS , (all hereinafter collectively referred to as "DEFENDANTS") allege:

**Jurisdiction and Venue**

1. Jurisdiction is based on Section on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C.§499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §1332.

2. Venue in this District is based on 28 U.S.C. § 1391 in that (a) Plaintiff 's claims arose in this District and (b) DEFENDANTS' principal places of business are in this district.

3. Plaintiff AMC is an Illinois corporation with its principal place of business in Chicago, Illinois. Plaintiff is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce. At all times

pertinent herein, Plaintiff was subject to and licensed under the PACA as a dealer.

4. a. DELRAY FARMS, L.L.C., (hereinafter "DELRAY") is an Illinois limited liability company, having its principal place of business in Chicago, Illinois. DELRAY was, at all times pertinent herein, subject to the provisions of the PACA.

b. JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS, upon information and belief, were at all times pertinent herein, dealers and commission merchants and subject to the PACA, JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS were also officers, directors, members, managers and/or principals of DELRAY who carried out the day to day operations of DELRAY during the period of time in question.

**General Allegations**

5. This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. § 499 e(c).

6. Between June 13, 2006 to July 25, 2006, AMC sold and delivered to DEFENDANTS, in interstate commerce, $197,563.64 worth of produce as follows:

| **PACA Trust Creditor** | **Date of transactions** | **Amount qualified** |
|---|---|---|
| ANTHONY MARANO CO. | June 13, 2006 to July 25, 2006 | $197,563.64 |

(see summary and statements attached hereto as "EXHIBIT A")

7. DEFENDANTS have failed to pay for the produce when payment was due, despite repeated demands and presently owe AMC $197,563.64.

8. At the time of receipt of the produce, Plaintiff became beneficiary in a statutory trust designed to assure payment to produce suppliers. The trust consists of all produce or produce related assets, including all funds commingled with funds from other sources and all assets

procured by such funds, in the possession or control of DEFENDANTS since the creation of this trust.

9. Plaintiff AMC preserved their respective interest in the PACA trust in the amounts of $197,563.64, by delivering invoices to DEFENDANTS which contain the language required by 7 U.S.C.§499e(c)(4).

10. DEFENDANTS' failure and inability to pay shows that DEFENDANTS are failing to maintain sufficient assets in the statutory trust to pay Plaintiff and are dissipating trust assets.

**Count I**

(Failure to Pay Trust Funds)

11. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 10 above as if fully set forth herein.

12. The failure of DEFENDANTS to make payment to Plaintiff of trust funds in the amount of $197,563.64 from the statutory trust is a violation of the PACA and PACA regulations, and is unlawful.

**WHEREFORE**, Plaintiff requests an order enforcing payment from the trust by requiring immediate payment of $195,563.64 to AMC.

**Count II**

(Failure to Pay for Goods Sold)

13. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 12 above as if fully set forth herein.

14. DEFENDANTS failed and refused to pay Plaintiff $197,563.64 owed to Plaintiff for produce received by DEFENDANTS from Plaintiff.

**WHEREFORE**, Plaintiff requests judgment for AMC and against DEFENDANTS in the

amount of $197,563.64, jointly and severally.

**Count III**

(Unlawful Dissipation of Trust Assets by
Corporate Officials -JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and
CONSTANTINE MIHAS

15. Plaintiff incorporate each and every allegation set forth in paragraph 1 to 14 above as if fully set forth herein.

16. JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS were members of DELRAY and/or officers and principals who operated DELRAY during the period of time in question.

17. JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS failed to direct the limited liability company and/or corporation to fulfill its statutory duties to preserve PACA trust assets and pay Plaintiff for the produce it supplied.

18. JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS ' failure to direct the corporation and/or limited liability company to maintain PACA trust assets and pay Plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate or limited liability company official.

19. As a result of said unlawful dissipation of trust assets, Plaintiff has been deprived of its rights as beneficiaries in the produce trust and has been denied payment for the produce it supplied.

**WHEREFORE**, Plaintiff request judgment for AMC and against JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS in the amount of $197,563.64, jointly and severally.

**Count IV**

(Failure to Pay Trust Funds -JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS )

20. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 19 above as if fully set forth herein.

21. DELRAY is an Illinois limited liability company.

22. JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS assisted in the operation of DELRAY, and, as individuals, were dealers and commission merchants subject to the PACA.

23. JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS 's failure to make payment to Plaintiff of trust funds in the amount of $197,563.64 to AMC is a violation of the PACA and PACA regulations and is unlawful.

**WHEREFORE**, Plaintiff requests judgment for AMC and against JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS in the amount of $197,563.64 and an order against JIM KESLIMKE, TIM GRABAR, STEFAN KALUZNY, and CONSTANTINE MIHAS enforcing payment from the trust in said amount.

## Count V

(Interest and Attorney's Fees)

24. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 23 above as if fully set forth herein.

25. As a result of DEFENDANTS' failure to make full payment promptly of $197,563.64 to AMC, Plaintiff has lost the use of said money.

26. As a further result of DEFENDANTS' failure to make full payment promptly of $197,563.64 to AMC, Plaintiff has been required to pay attorney's fees and costs in order to

bring this action to require DEFENDANTS to comply with their statutory duties.

29. Invoices for produce sold to DEFENDANTS in this matter call for interest and payment of attorneys' fees.

WHEREFORE, AMC requests judgment against each of the DEFENDANTS, jointly and severally, for prejudgment and post-judgment interest, costs and attorneys fees.

Respectfully submitted,

Michael T. Stanley

Michael T. Stanley
Lawrence B. Ordower
Ordower & Ordower, P.C.
One N. LaSalle Street, Ste. 1300
Chicago, IL 60602
(312) 263-5122

C:\Documents and Settings\Rocky\My Documents\A.MARANO COMPANY\DELRAY FARMS LLC\DelrayFarmsComplaint.091406.wpd

| Store | Amount |
| --- | --- |
| | 0.c |
| D070 | 10[illegible],729.[illegible]5 + |
| D271 | 28,590.55 + |
| D272 | 7,404.72 + |
| D273 | 12,2[illegible] + |
| D274 | 10,50[illegible] |
| D275 | [illegible] + |
| D276 | 6,927.[illegible] + |
| D277 | [illegible] + |

Total Amount Due: 197,565.64 +

0.c

Exhibit A

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

TIM GRABAR
DELRAY FARMS INC.
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D070

STATEMENT DATE 09/09/2006

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

CUSTOMER NO. D070

STATEMENT DATE 09/09/2006

CUSTOMER NAME DELRAY FARMS INC.

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/13/2006 | 8204209 | 80.00 | PO:749542 | 80.00 | 8204209 | 80.00 | 80.00 |
| 06/13/2006 | 8204310 | 1,650.00 | PO:749542 | 1,650.00 | 8204310 | 1,650.00 | 1,730.00 |
| 06/13/2006 | 8204316 | 303.50 | PO:749542 | 303.50 | 8204316 | 303.50 | 2,033.50 |
| 06/13/2006 | 8204322 | 656.00 | PO:749542 | 656.00 | 8204322 | 656.00 | 2,689.50 |
| 06/13/2006 | 8204433 | 3,609.50 | PO:749542 | 3,609.50 | 8204433 | 3,609.50 | 6,299.00 |
| 06/13/2006 | 8205218 | 726.00 | PO:749543 | 726.00 | 8205218 | 726.00 | 7,025.00 |
| 06/19/2006 | 8213427 | 1,443.00 | PO:750230 | 1,443.00 | 8213427 | 1,443.00 | 8,468.00 |
| 06/19/2006 | 8213445 | 3,680.50 | PO:750230 | 3,680.50 | 8213445 | 3,680.50 | 12,148.50 |
| 06/19/2006 | 8213507 | 835.50 | PO:750230 | 835.50 | 8213507 | 835.50 | 12,984.00 |
| 06/19/2006 | 8213750 | 465.93 | PO:750231 | 465.93 | 8213750 | 465.93 | 13,449.93 |
| 06/19/2006 | 8214325 | 1,620.00 | PO:750300 | 1,620.00 | 8214325 | 1,620.00 | 15,069.93 |
| 06/19/2006 | 8215236 | 560.00 | PO:750300 | 560.00 | 8215236 | 560.00 | 15,629.93 |
| 06/20/2006 | 8222416 | 873.75 | PO:750236 | 873.75 | 8222416 | 873.75 | 16,503.68 |
| 06/20/2006 | 8222424 | 160.00 | PO:750236 | 160.00 | 8222424 | 160.00 | 16,663.68 |
| 06/20/2006 | 8222505 | 5,209.00 | PO:750236 | 5,209.00 | 8222505 | 5,209.00 | 21,872.68 |
| 06/20/2006 | 8222516 | 1,710.00 | PO:750236 | 1,710.00 | 8222516 | 1,710.00 | 23,582.68 |
| 06/20/2006 | 8222710 | 1,405.80 | PO:750237 | 1,405.80 | 8222710 | 1,405.80 | 24,988.4 |
| 06/20/2006 | 8223409 | 1,122.00 | PO:750239 | 1,122.00 | 8223409 | 1,122.00 | 26,110.48 |
| 06/22/2006 | 8227838 | 1,204.00 | PO:750484 | 1,204.00 | 8227838 | 1,204.00 | 27,314.4 |
| 06/22/2006 | 8227844 | 1,073.50 | PO:750484 | 1,073.50 | 8227844 | 1,073.50 | 28,387.9 |
| 06/22/2006 | 8227917 | 460.00 | PO:750484 | 460.00 | 8227917 | 460.00 | 28,847.9 |
| 06/22/2006 | 8228138 | 351.26 | PO:750241 | 351.26 | 8228138 | 351.26 | 29,199.2 |
| 06/22/2006 | 8229123 | 1,188.00 | PO:750486 | 1,188.00 | 8229123 | 1,188.00 | 30,387.2 |
| 06/23/2006 | 8227826 | 1,146.50 | PO:750484 | 1,146.50 | 8227826 | 1,146.50 | 31,533.7 |
| 06/23/2006 | 8227925 | 1,764.00 | PO:750484 | 1,764.00 | 8227925 | 1,764.00 | 33,297.7 |
| 06/23/2006 | 8231349 | 324.00 | PO:750489 | 324.00 | 8231349 | 324.00 | 33,621.7 |
| 06/23/2006 | 8231429 | 2,114.00 | PO:750489 | 2,114.00 | 8231429 | 2,114.00 | 35,735.7 |
| 06/23/2006 | 8231525 | 120.00 | PO:750489 | 120.00 | 8231525 | 120.00 | 35,855.7 |

Continued

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES'

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

TIM GRABAR
DELRAY FARMS INC.
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D070

STATEMENT DATE 09/09/2006

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

CUSTOMER NO. D070

STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC.

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/23/2006 | 8231536 | 1,698.00 | PO:750489 | 1,698.00 | 8231536 | 1,698.00 | 37,553.74 |
| 06/23/2006 | 8231632 | 4,755.00 | PO:750489 | 4,755.00 | 8231632 | 4,755.00 | 42,308.74 |
| 06/23/2006 | 8231729 | 2,557.54 | PO:750489 | 2,557.54 | 8231729 | 2,557.54 | 44,866.28 |
| 06/23/2006 | 8232539 | 2,508.00 | PO:750726 | 2,508.00 | 8232539 | 2,508.00 | 47,374.28 |
| 06/27/2006 | 8240345 | 280.00 | PO:750729 | 280.00 | 8240345 | 280.00 | 47,654.28 |
| 06/27/2006 | 8240404 | 1,026.50 | PO:750729 | 1,026.50 | 8240404 | 1,026.50 | 48,680.78 |
| 06/27/2006 | 8240421 | 1,055.00 | PO:750729 | 1,055.00 | 8240421 | 1,055.00 | 49,735.78 |
| 06/29/2006 | 8245820 | 3,850.00 | PO:750730 | 3,850.00 | 8245820 | 3,850.00 | 53,585.78 |
| 06/29/2006 | 8245928 | 260.00 | PO:750730 | 260.00 | 8245928 | 260.00 | 53,845.78 |
| 06/29/2006 | 8245948 | 697.00 | PO:750730 | 697.00 | 8245948 | 697.00 | 54,542.78 |
| 06/29/2006 | 8246002 | 3,215.00 | PO:750730 | 3,215.00 | 8246002 | 3,215.00 | 57,757.78 |
| 06/29/2006 | 8246446 | 110.00 | PO:750730 | 110.00 | 8246446 | 110.00 | 57,867.78 |
| 06/29/2006 | 8246849 | 396.00 | PO:750814 | 396.00 | 8246849 | 396.00 | 58,263.78 |
| 06/30/2006 | 8246246 | 2,784.00 | PO:750730 | 2,784.00 | 8246246 | 2,784.00 | 61,047.78 |
| 07/03/2006 | 8249403 | 1,236.00 | PO:750815 | 1,236.00 | 8249403 | 1,236.00 | 62,283.78 |
| 07/03/2006 | 8249429 | 1,840.00 | PO:750815 | 1,840.00 | 8249429 | 1,840.00 | 64,123.78 |
| 07/03/2006 | 8249433 | 1,471.50 | PO:750815 | 1,471.50 | 8249433 | 1,471.50 | 65,595.28 |
| 07/03/2006 | 8249525 | 3,659.00 | PO:750815 | 3,659.00 | 8249525 | 3,659.00 | 69,254.28 |
| 07/03/2006 | 8249537 | 1,248.00 | PO:750815 | 1,248.00 | 8249537 | 1,248.00 | 70,502.28 |
| 07/03/2006 | 8249618 | 3,720.00 | PO:750815 | 3,720.00 | 8249618 | 3,720.00 | 74,222.28 |
| 07/03/2006 | 8249940 | 960.00 | PO:750815 | 960.00 | 8249940 | 960.00 | 75,182.28 |
| 07/03/2006 | 8250444 | 2,178.00 | PO:750818 | 2,178.00 | 8250444 | 2,178.00 | 77,360.28 |
| 07/03/2006 | 8256507 | 225.00 | PO:751241 | 225.00 | 8256507 | 225.00 | 77,585.28 |
| 07/03/2006 | 8256527 | 1,208.00 | PO:751241 | 1,208.00 | 8256527 | 1,208.00 | 78,793.28 |
| 07/03/2006 | 8256614 | 1,344.00 | PO:751241 | 1,344.00 | 8256614 | 1,344.00 | 80,137.28 |
| 07/03/2006 | 8256630 | 120.00 | PO:751241 | 120.00 | 8256630 | 120.00 | 80,257.28 |
| 07/03/2006 | 8256727 | 1,050.00 | PO:751241 | 1,050.00 | 8256727 | 1,050.00 | 81,307.28 |
| 07/03/2006 | 8256732 | 4,697.00 | PO:751241 | 4,697.00 | 8256732 | 4,697.00 | 86,004.28 |

Continued

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

TIM GRABAR
DELRAY FARMS INC.
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D070

STATEMENT DATE 09/09/2006

CUSTOMER NO. D070 STATEMENT DATE 09/09/2006

CUSTOMER NAME DELRAY FARMS INC.

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 3

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/06/2006 | 8263030 | 92.00 | PO:751243 | 92.00 | 8263030 | 92.00 | 86,096.28 |
| 07/06/2006 | 8263048 | 356.25 | PO:751243 | 356.25 | 8263048 | 356.25 | 86,452.53 |
| 07/06/2006 | 8263112 | 825.00 | PO:751243 | 825.00 | 8263112 | 825.00 | 87,277.53 |
| 07/06/2006 | 8263249 | 6,633.00 | PO:751243 | 6,633.00 | 8263249 | 6,633.00 | 93,910.53 |
| 07/06/2006 | 8263250 | 640.00 | PO:751243 | 640.00 | 8263250 | 640.00 | 94,550.53 |
| 07/06/2006 | 8263316 | 3,634.00 | PO:751243 | 3,634.00 | 8263316 | 3,634.00 | 98,184.53 |
| 07/06/2006 | 8263725 | 3,349.20 | PO:751244 | 3,349.20 | 8263725 | 3,349.20 | 101,533.73 |
| 07/06/2006 | 8263818 | 528.00 | PO:751246 | 528.00 | 8263818 | 528.00 | 102,061.73 |
| 07/07/2006 | 8266244 | 170.50 | PO:751665 | 170.50 | 8266244 | 170.50 | 102,232.23 |
| 07/07/2006 | 8266249 | 1,720.00 | PO:751665 | 1,720.00 | 8266249 | 1,720.00 | 103,952.23 |
| 07/07/2006 | 8266414 | 761.00 | PO:751665 | 761.00 | 8266414 | 761.00 | 104,713.23 |
| 07/07/2006 | 8266431 | 336.00 | PO:751665 | 336.00 | 8266431 | 336.00 | 105,049.23 |
| 07/07/2006 | 8266515 | 1,151.28 | PO:751666 | 1,151.28 | 8266515 | 1,151.28 | 106,200.51 |
| 07/07/2006 | 8267247 | 1,208.62 | PO:751666 | 1,208.62 | 8267247 | 1,208.62 | 107,409.13 |
| 07/07/2006 | 8267331 | 1,320.00 | PO:751669 | 1,320.00 | 8267331 | 1,320.00 | 108,729.13 |
| | | Final | Balance | 108,729.13 | | | |

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

DELRAY FARMS INC. #8
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D271

STATEMENT DATE 09/09/2006

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

CUSTOMER NO. D271

STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #8

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/11/2006 | 8272615 | 729.50 | PO:67795 | 729.50 | 8272615 | 729.50 | 729.50 |
| 07/11/2006 | 8272647 | 317.50 | PO:67795 | 317.50 | 8272647 | 317.50 | 1,047.00 |
| 07/11/2006 | 8272802 | 910.50 | PO:67795 | 910.50 | 8272802 | 910.50 | 1,957.50 |
| 07/11/2006 | 8272832 | 349.50 | PO:67795 | 349.50 | 8272832 | 349.50 | 2,307.00 |
| 07/11/2006 | 8273005 | 801.00 | PO:67795 | 801.00 | 8273005 | 801.00 | 3,108.00 |
| 07/11/2006 | 8273107 | 323.00 | PO:67795 | 323.00 | 8273107 | 323.00 | 3,431.00 |
| 07/11/2006 | 8273237 | 853.50 | PO:67795 | 853.50 | 8273237 | 853.50 | 4,284.50 |
| 07/13/2006 | 8278914 | 109.00 | PO:67927 | 109.00 | 8278914 | 109.00 | 4,393.50 |
| 07/13/2006 | 8279009 | 152.00 | PO:67927 | 152.00 | 8279009 | 152.00 | 4,545.50 |
| 07/13/2006 | 8279022 | 443.50 | PO:67927 | 443.50 | 8279022 | 443.50 | 4,989.00 |
| 07/13/2006 | 8279047 | 311.48 | PO:67927 | 311.48 | 8279047 | 311.48 | 5,300.48 |
| 07/13/2006 | 8279107 | 305.00 | PO:67927 | 305.00 | 8279107 | 305.00 | 5,605.48 |
| 07/13/2006 | 8279124 | 319.25 | PO:67927 | 319.25 | 8279124 | 319.25 | 5,924.7 |
| 07/17/2006 | 8285711 | 492.00 | PO:68040 | 492.00 | 8285711 | 492.00 | 6,416.7 |
| 07/17/2006 | 8285734 | 299.00 | PO:68040 | 299.00 | 8285734 | 299.00 | 6,715.7 |
| 07/17/2006 | 8285740 | 688.50 | PO:68040 | 688.50 | 8285740 | 688.50 | 7,404.2 |
| 07/17/2006 | 8285804 | 1,035.00 | PO:68040 | 1,035.00 | 8285804 | 1,035.00 | 8,439.2 |
| 07/17/2006 | 8286030 | 1,334.00 | PO:68040 | 1,334.00 | 8286030 | 1,334.00 | 9,773.2 |
| 07/17/2006 | 8286047 | 1,570.50 | PO:68040 | 1,570.50 | 8286047 | 1,570.50 | 11,343.7 |
| 07/17/2006 | 8286539 | 96.00 | PO:68040 | 96.00 | 8286539 | 96.00 | 11,439.7 |
| 07/17/2006 | 8286942 | 325.22 | PO:68040 | 325.22 | 8286942 | 325.22 | 11,764.9 |
| 07/18/2006 | 8293116 | 132.00 | PO:68133 | 132.00 | 8293116 | 132.00 | 11,896.9 |
| 07/18/2006 | 8293141 | 784.00 | PO:68133 | 784.00 | 8293141 | 784.00 | 12,680.9 |
| 07/18/2006 | 8293347 | 307.00 | PO:68133 | 307.00 | 8293347 | 307.00 | 12,987.9 |
| 07/18/2006 | 8293444 | 2,361.00 | PO:68133 | 2,361.00 | 8293444 | 2,361.00 | 15,348.9 |
| 07/18/2006 | 8293511 | 472.00 | PO:68133 | 472.00 | 8293511 | 472.00 | 15,820.9 |
| 07/18/2006 | 8293516 | 556.00 | PO:68133 | 556.00 | 8293516 | 556.00 | 16,376.9 |
| 07/18/2006 | 8294315 | 639.36 | PO:68133 | 639.36 | 8294315 | 639.36 | 17,016.3 |

Continued

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

DELRAY FARMS INC. #8
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D271

STATEMENT DATE 09/09/2006

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

CUSTOMER NO. D271

STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #8

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/18/2006 | 8294921 | 662.50 | PO:68176 | 662.50 | 8294921 | 662.50 | 17,678.81 |
| 07/20/2006 | 8299617 | 598.00 | PO:68259 | 598.00 | 8299617 | 598.00 | 18,276.81 |
| 07/20/2006 | 8299744 | 280.00 | PO:68259 | 280.00 | 8299744 | 280.00 | 18,556.81 |
| 07/20/2006 | 8299803 | 468.00 | PO:68259 | 468.00 | 8299803 | 468.00 | 19,024.81 |
| 07/20/2006 | 8299832 | 336.75 | PO:68259 | 336.75 | 8299832 | 336.75 | 19,361.56 |
| 07/20/2006 | 8299838 | 964.50 | PO:68259 | 964.50 | 8299838 | 964.50 | 20,326.06 |
| 07/20/2006 | 8299839 | 30.00 | PO:68259 | 30.00 | 8299839 | 30.00 | 20,356.06 |
| 07/20/2006 | 8300122 | 951.24 | PO:68259 | 951.24 | 8300122 | 951.24 | 21,307.30 |
| 07/24/2006 | 8305950 | 284.00 | PO:68366 | 284.00 | 8305950 | 284.00 | 21,591.30 |
| 07/24/2006 | 8306011 | 592.00 | PO:68366 | 592.00 | 8306011 | 592.00 | 22,183.30 |
| 07/24/2006 | 8306207 | 466.75 | PO:68366 | 466.75 | 8306207 | 466.75 | 22,650.05 |
| 07/24/2006 | 8306303 | 992.50 | PO:68366 | 992.50 | 8306303 | 992.50 | 23,642.55 |
| 07/24/2006 | 8306604 | 579.60 | PO:68366 | 579.60 | 8306604 | 579.60 | 24,222.15 |
| 07/24/2006 | 8306613 | 280.00 | PO:68366 | 280.00 | 8306613 | 280.00 | 24,502.15 |
| 07/24/2006 | 8306734 | 98.00 | PO:68366 | 98.00 | 8306734 | 98.00 | 24,600.15 |
| 07/24/2006 | 8312120 | 983.00 | PO:68467 | 983.00 | 8312120 | 983.00 | 25,583.15 |
| 07/24/2006 | 8312121 | 42.00 | PO:68467 | 42.00 | 8312121 | 42.00 | 25,625.15 |
| 07/24/2006 | 8312242 | 481.00 | PO:68467 | 481.00 | 8312242 | 481.00 | 26,106.15 |
| 07/24/2006 | 8312327 | 317.50 | PO:68467 | 317.50 | 8312327 | 317.50 | 26,423.65 |
| 07/24/2006 | 8312339 | 342.00 | PO:68467 | 342.00 | 8312339 | 342.00 | 26,765.65 |
| 07/24/2006 | 8312436 | 168.00 | PO:68467 | 168.00 | 8312436 | 168.00 | 26,933.65 |
| 07/24/2006 | 8312705 | 1,938.70 | PO:68467 | 1,938.70 | 8312705 | 1,938.70 | 28,872.35 |
| 07/25/2006 | 8312412 | 118.00 | PO:68467 | 118.00 | 8312412 | 118.00 | 28,990.35 |

Final Balance 28,990.35

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

CUSTOMER NO. D272 | STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #9

AMOUNT PAID

DELRAY FARMS INC. #9
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D272

STATEMENT DATE 09/09/2006

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/11/2006 | 8272620 | 64.00 | PO:67794 | 64.00 | 8272620 | 64.00 | 64.00 |
| 07/11/2006 | 8272805 | 128.00 | PO:67794 | 128.00 | 8272805 | 128.00 | 192.00 |
| 07/11/2006 | 8272834 | 69.00 | PO:67794 | 69.00 | 8272834 | 69.00 | 261.00 |
| 07/11/2006 | 8273009 | 261.00 | PO:67794 | 261.00 | 8273009 | 261.00 | 522.00 |
| 07/11/2006 | 8273112 | 41.00 | PO:67794 | 41.00 | 8273112 | 41.00 | 563.00 |
| 07/11/2006 | 8273245 | 244.00 | PO:67794 | 244.00 | 8273245 | 244.00 | 807.00 |
| 07/13/2006 | 8278917 | 26.00 | PO:67928 | 26.00 | 8278917 | 26.00 | 833.00 |
| 07/13/2006 | 8278938 | 192.00 | PO:67928 | 192.00 | 8278938 | 192.00 | 1,025.00 |
| 07/13/2006 | 8279024 | 94.00 | PO:67928 | 94.00 | 8279024 | 94.00 | 1,119.00 |
| 07/13/2006 | 8279110 | 225.00 | PO:67928 | 225.00 | 8279110 | 225.00 | 1,344.00 |
| 07/13/2006 | 8279129 | 79.00 | PO:67928 | 79.00 | 8279129 | 79.00 | 1,423.00 |
| 07/17/2006 | 8285717 | 104.00 | PO:68039 | 104.00 | 8285717 | 104.00 | 1,527.00 |
| 07/17/2006 | 8285743 | 116.00 | PO:68039 | 116.00 | 8285743 | 116.00 | 1,643.00 |
| 07/17/2006 | 8285803 | 228.00 | PO:68039 | 228.00 | 8285803 | 228.00 | 1,871.00 |
| 07/17/2006 | 8285807 | 387.00 | PO:68039 | 387.00 | 8285807 | 387.00 | 2,258.00 |
| 07/17/2006 | 8286043 | 166.00 | PO:68039 | 166.00 | 8286043 | 166.00 | 2,424.00 |
| 07/17/2006 | 8286214 | 452.00 | PO:68039 | 452.00 | 8286214 | 452.00 | 2,876.00 |
| 07/17/2006 | 8286541 | 114.00 | PO:68039 | 114.00 | 8286541 | 114.00 | 2,990.00 |
| 07/17/2006 | 8293517 | 15.00 | PO:68132 | 15.00 | 8293517 | 15.00 | 3,005.00 |
| 07/17/2006 | 8293523 | 525.50 | PO:68132 | 525.50 | 8293523 | 525.50 | 3,530.50 |
| 07/17/2006 | 8294314 | 461.36 | PO:68132 | 461.36 | 8294314 | 461.36 | 3,991.86 |
| 07/18/2006 | 8293348 | 29.00 | PO:68132 | 29.00 | 8293348 | 29.00 | 4,020.86 |
| 07/18/2006 | 8293514 | 70.00 | PO:68132 | 70.00 | 8293514 | 70.00 | 4,090.86 |
| 07/20/2006 | 8299633 | 126.00 | PO:68258 | 126.00 | 8299633 | 126.00 | 4,216.86 |
| 07/20/2006 | 8299747 | 42.00 | PO:68258 | 42.00 | 8299747 | 42.00 | 4,258.86 |
| 07/20/2006 | 8299840 | 60.00 | PO:68258 | 60.00 | 8299840 | 60.00 | 4,318.86 |
| 07/20/2006 | 8299906 | 302.50 | PO:68258 | 302.50 | 8299906 | 302.50 | 4,621.36 |
| 07/20/2006 | 8299907 | 68.00 | PO:68258 | 68.00 | 8299907 | 68.00 | 4,689.36 |

Continued

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

**ANTHONY MARANO COMPANY**

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

CUSTOMER NO. D272

STATEMENT DATE 09/09/2006

DELRAY FARMS INC. #9
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D272 STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #9

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/21/2006 | 8306008 | 140.00 | PO:68365 | 140.00 | 8306008 | 140.00 | 4,829.36 |
| 07/21/2006 | 8306318 | 329.00 | PO:68365 | 329.00 | 8306318 | 329.00 | 5,158.36 |
| 07/21/2006 | 8306333 | 114.50 | PO:68365 | 114.50 | 8306333 | 114.50 | 5,272.86 |
| 07/21/2006 | 8306609 | 196.56 | PO:68365 | 196.56 | 8306609 | 196.56 | 5,469.42 |
| 07/21/2006 | 8306738 | 138.00 | PO:68365 | 138.00 | 8306738 | 138.00 | 5,607.42 |
| 07/24/2006 | 8306038 | 120.00 | PO:68365 | 120.00 | 8306038 | 120.00 | 5,727.42 |
| 07/24/2006 | 8306617 | 70.00 | PO:68365 | 70.00 | 8306617 | 70.00 | 5,797.42 |
| 07/24/2006 | 8312123 | 112.00 | PO:68466 | 112.00 | 8312123 | 112.00 | 5,909.42 |
| 07/24/2006 | 8312125 | 42.00 | PO:68466 | 42.00 | 8312125 | 42.00 | 5,951.42 |
| 07/24/2006 | 8312248 | 111.00 | PO:68466 | 111.00 | 8312248 | 111.00 | 6,062.42 |
| 07/24/2006 | 8312331 | 29.00 | PO:68466 | 29.00 | 8312331 | 29.00 | 6,091.42 |
| 07/24/2006 | 8312344 | 120.00 | PO:68466 | 120.00 | 8312344 | 120.00 | 6,211.42 |
| 07/24/2006 | 8312420 | 366.00 | PO:68466 | 366.00 | 8312420 | 366.00 | 6,577.42 |
| 07/24/2006 | 8312442 | 142.00 | PO:68466 | 142.00 | 8312442 | 142.00 | 6,719.42 |
| 07/24/2006 | 8312726 | 685.00 | PO:68466 | 685.00 | 8312726 | 685.00 | 7,404.42 |
| | | Final | Balance | 7,404.42 | | | |

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

CUSTOMER NO. D273

STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #17

AMOUNT PAID

DELRAY FARMS INC. #17
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D273

STATEMENT DATE 09/09/2006

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/10/2006 | 8272842 | 172.00 | PO:67797 | 172.00 | 8272842 | 172.00 | 172.00 |
| 07/10/2006 | 8273019 | 230.00 | PO:67797 | 230.00 | 8273019 | 230.00 | 402.00 |
| 07/10/2006 | 8273302 | 425.00 | PO:67797 | 425.00 | 8273302 | 425.00 | 827.00 |
| 07/11/2006 | 8272630 | 124.50 | PO:67797 | 124.50 | 8272630 | 124.50 | 951.50 |
| 07/11/2006 | 8272831 | 303.50 | PO:67797 | 303.50 | 8272831 | 303.50 | 1,255.00 |
| 07/11/2006 | 8273116 | 34.00 | PO:67797 | 34.00 | 8273116 | 34.00 | 1,289.00 |
| 07/13/2006 | 8278920 | 98.00 | PO:67929 | 98.00 | 8278920 | 98.00 | 1,387.00 |
| 07/13/2006 | 8278926 | 118.00 | PO:67929 | 118.00 | 8278926 | 118.00 | 1,505.00 |
| 07/13/2006 | 8279030 | 402.00 | PO:67929 | 402.00 | 8279030 | 402.00 | 1,907.00 |
| 07/13/2006 | 8279045 | 142.32 | PO:67929 | 142.32 | 8279045 | 142.32 | 2,049.32 |
| 07/13/2006 | 8279114 | 316.00 | PO:67929 | 316.00 | 8279114 | 316.00 | 2,365.32 |
| 07/13/2006 | 8279133 | 122.50 | PO:67929 | 122.50 | 8279133 | 122.50 | 2,487.82 |
| 07/13/2006 | 8279312 | 16.00 | PO:67929 | 16.00 | 8279312 | 16.00 | 2,503.82 |
| 07/17/2006 | 8293216 | 63.00 | PO:68131 | 63.00 | 8293216 | 63.00 | 2,566.82 |
| 07/17/2006 | 8293403 | 84.00 | PO:68131 | 84.00 | 8293403 | 84.00 | 2,650.82 |
| 07/17/2006 | 8293526 | 22.00 | PO:68131 | 22.00 | 8293526 | 22.00 | 2,672.82 |
| 07/17/2006 | 8293536 | 136.00 | PO:68131 | 136.00 | 8293536 | 136.00 | 2,808.82 |
| 07/17/2006 | 8294330 | 466.60 | PO:68131 | 466.60 | 8294330 | 466.60 | 3,275.42 |
| 07/19/2006 | 8285722 | 520.00 | PO:68038 | 520.00 | 8285722 | 520.00 | 3,795.42 |
| 07/19/2006 | 8286228 | 1,685.50 | PO:68038 | 1,685.50 | 8286228 | 1,685.50 | 5,480.92 |
| 07/19/2006 | 8286542 | 114.00 | PO:68038 | 114.00 | 8286542 | 114.00 | 5,594.92 |
| 07/19/2006 | 8286947 | 814.66 | PO:68038 | 814.66 | 8286947 | 814.66 | 6,409.58 |
| 07/20/2006 | 8285810 | 616.00 | PO:68038 | 616.00 | 8285810 | 616.00 | 7,025.58 |
| 07/20/2006 | 8285817 | 308.00 | PO:68038 | 308.00 | 8285817 | 308.00 | 7,333.58 |
| 07/20/2006 | 8285830 | 639.50 | PO:68038 | 639.50 | 8285830 | 639.50 | 7,973.08 |
| 07/20/2006 | 8286105 | 730.00 | PO:68038 | 730.00 | 8286105 | 730.00 | 8,703.08 |
| 07/20/2006 | 8299645 | 12.00 | PO:68257 | 12.00 | 8299645 | 12.00 | 8,715.0 |
| 07/20/2006 | 8299844 | 75.00 | PO:68257 | 75.00 | 8299844 | 75.00 | 8,790.0 |

Continued

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

**Anthony Marano Company**

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

CUSTOMER NO. D273

STATEMENT DATE 09/09/2006

DELRAY FARMS INC. #17
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

CUSTOMER NO. D273

STATEMENT DATE 09/09/2006

CUSTOMER NAME DELRAY FARMS INC. #17

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/20/2006 | 8299908 | 214.00 | PO:68257 | 214.00 | 8299908 | 214.00 | 9,004.08 |
| 07/20/2006 | 8299912 | 49.00 | PO:68257 | 49.00 | 8299912 | 49.00 | 9,053.08 |
| 07/21/2006 | 8306013 | 280.00 | PO:68364 | 280.00 | 8306013 | 280.00 | 9,333.08 |
| 07/21/2006 | 8306050 | 328.00 | PO:68364 | 328.00 | 8306050 | 328.00 | 9,661.08 |
| 07/21/2006 | 8306337 | 735.00 | PO:68364 | 735.00 | 8306337 | 735.00 | 10,396.08 |
| 07/21/2006 | 8306407 | 141.00 | PO:68364 | 141.00 | 8306407 | 141.00 | 10,537.08 |
| 07/21/2006 | 8306619 | 228.58 | PO:68364 | 228.58 | 8306619 | 228.58 | 10,765.66 |
| 07/21/2006 | 8306741 | 88.00 | PO:68364 | 88.00 | 8306741 | 88.00 | 10,853.66 |
| 07/24/2006 | 8306621 | 70.00 | PO:68364 | 70.00 | 8306621 | 70.00 | 10,923.66 |
| 07/25/2006 | 8312133 | 169.50 | PO:68465 | 169.50 | 8312133 | 169.50 | 11,093.16 |
| 07/25/2006 | 8312337 | 64.50 | PO:68465 | 64.50 | 8312337 | 64.50 | 11,157.66 |
| 07/25/2006 | 8312340 | 222.00 | PO:68465 | 222.00 | 8312340 | 222.00 | 11,379.66 |
| 07/25/2006 | 8312522 | 176.00 | PO:68465 | 176.00 | 8312522 | 176.00 | 11,555.66 |
| 07/25/2006 | 8312736 | 475.50 | PO:68465 | 475.50 | 8312736 | 475.50 | 12,031.16 |
| 07/25/2006 | 8312740 | 209.72 | PO:68465 | 209.72 | 8312740 | 209.72 | 12,240.88 |
| | | Final | Balance | 12,240.88 | | | |

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

**ANTHONY MARANO COMPANY**

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

DELRAY FARMS INC. #19
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D274

STATEMENT DATE 09/09/2006

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

CUSTOMER NO. D274

STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #19

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/10/2006 | 8272706 | 125.00 | PO:67798 | 125.00 | 8272706 | 125.00 | 125.00 |
| 07/10/2006 | 8272905 | 174.00 | PO:67798 | 174.00 | 8272905 | 174.00 | 299.00 |
| 07/10/2006 | 8273023 | 614.00 | PO:67798 | 614.00 | 8273023 | 614.00 | 913.00 |
| 07/10/2006 | 8273306 | 542.00 | PO:67798 | 542.00 | 8273306 | 542.00 | 1,455.00 |
| 07/11/2006 | 8272714 | 258.50 | PO:67798 | 258.50 | 8272714 | 258.50 | 1,713.50 |
| 07/11/2006 | 8272836 | 258.00 | PO:67798 | 258.00 | 8272836 | 258.00 | 1,971.50 |
| 07/11/2006 | 8273120 | 229.00 | PO:67798 | 229.00 | 8273120 | 229.00 | 2,200.50 |
| 07/12/2006 | 8278921 | 78.00 | PO:67930 | 78.00 | 8278921 | 78.00 | 2,278.50 |
| 07/12/2006 | 8279118 | 425.50 | PO:67930 | 425.50 | 8279118 | 425.50 | 2,704.00 |
| 07/12/2006 | 8279138 | 159.00 | PO:67930 | 159.00 | 8279138 | 159.00 | 2,863.00 |
| 07/12/2006 | 8279206 | 333.00 | PO:67930 | 333.00 | 8279206 | 333.00 | 3,196.00 |
| 07/12/2006 | 8279314 | 16.00 | PO:67930 | 16.00 | 8279314 | 16.00 | 3,212.00 |
| 07/13/2006 | 8278919 | 213.00 | PO:67930 | 213.00 | 8278919 | 213.00 | 3,425.00 |
| 07/17/2006 | 8285733 | 416.00 | PO:68037 | 416.00 | 8285733 | 416.00 | 3,841.00 |
| 07/17/2006 | 8285816 | 1,000.00 | PO:68037 | 1,000.00 | 8285816 | 1,000.00 | 4,841.00 |
| 07/17/2006 | 8285825 | 185.00 | PO:68037 | 185.00 | 8285825 | 185.00 | 5,026.00 |
| 07/17/2006 | 8285837 | 359.50 | PO:68037 | 359.50 | 8285837 | 359.50 | 5,385.50 |
| 07/17/2006 | 8286110 | 444.00 | PO:68037 | 444.00 | 8286110 | 444.00 | 5,829.50 |
| 07/17/2006 | 8286232 | 732.00 | PO:68037 | 732.00 | 8286232 | 732.00 | 6,561.50 |
| 07/17/2006 | 8286548 | 138.00 | PO:68037 | 138.00 | 8286548 | 138.00 | 6,699.50 |
| 07/17/2006 | 8286950 | 182.88 | PO:68037 | 182.88 | 8286950 | 182.88 | 6,882.38 |
| 07/18/2006 | 8293145 | 129.00 | PO:68130 | 129.00 | 8293145 | 129.00 | 7,011.38 |
| 07/18/2006 | 8293149 | 56.00 | PO:68130 | 56.00 | 8293149 | 56.00 | 7,067.38 |
| 07/18/2006 | 8293405 | 134.00 | PO:68130 | 134.00 | 8293405 | 134.00 | 7,201.3 |
| 07/18/2006 | 8293418 | 788.00 | PO:68130 | 788.00 | 8293418 | 788.00 | 7,989.3 |
| 07/18/2006 | 8293520 | 373.00 | PO:68130 | 373.00 | 8293520 | 373.00 | 8,362.3 |
| 07/18/2006 | 8293539 | 200.50 | PO:68130 | 200.50 | 8293539 | 200.50 | 8,562.8 |
| 07/18/2006 | 8294337 | 336.96 | PO:68130 | 336.96 | 8294337 | 336.96 | 8,899.8 |

Continued

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

CUSTOMER NO. D274

STATEMENT DATE 09/09/2006

DELRAY FARMS INC. #19
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D274 — STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #19

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/18/2006 | 8294923 | 1,325.00 | PO:68175 | 1,325.00 | 8294923 | 1,325.00 | 10,224.84 |
| 07/19/2006 | 8299902 | 140.00 | PO:68256 | 140.00 | 8299902 | 140.00 | 10,364.84 |
| 07/19/2006 | 8299923 | 197.50 | PO:68256 | 197.50 | 8299923 | 197.50 | 10,562.34 |
| 07/19/2006 | 8299945 | 761.00 | PO:68256 | 761.00 | 8299945 | 761.00 | 11,323.34 |
| 07/19/2006 | 8300124 | 539.28 | PO:68256 | 539.28 | 8300124 | 539.28 | 11,862.62 |
| 07/20/2006 | 8299710 | 75.00 | PO:68256 | 75.00 | 8299710 | 75.00 | 11,937.62 |
| 07/21/2006 | 8306014 | 560.00 | PO:68363 | 560.00 | 8306014 | 560.00 | 12,497.62 |
| 07/21/2006 | 8306343 | 1,064.50 | PO:68363 | 1,064.50 | 8306343 | 1,064.50 | 13,562.12 |
| 07/21/2006 | 8306428 | 249.00 | PO:68363 | 249.00 | 8306428 | 249.00 | 13,811.12 |
| 07/21/2006 | 8306603 | 572.88 | PO:68363 | 572.88 | 8306603 | 572.88 | 14,384.00 |
| 07/21/2006 | 8306748 | 40.00 | PO:68363 | 40.00 | 8306748 | 40.00 | 14,424.00 |
| 07/24/2006 | 8306114 | 188.50 | PO:68363 | 188.50 | 8306114 | 188.50 | 14,612.50 |
| 07/24/2006 | 8306625 | 210.00 | PO:68363 | 210.00 | 8306625 | 210.00 | 14,822.50 |
| 07/24/2006 | 8312137 | 195.00 | PO:68464 | 195.00 | 8312137 | 195.00 | 15,017.50 |
| 07/24/2006 | 8312747 | 872.36 | PO:68464 | 872.36 | 8312747 | 872.36 | 15,889.86 |
| 07/25/2006 | 8312345 | 75.00 | PO:68464 | 75.00 | 8312345 | 75.00 | 15,964.86 |
| 07/25/2006 | 8312404 | 180.00 | PO:68464 | 180.00 | 8312404 | 180.00 | 16,144.86 |
| 07/25/2006 | 8312424 | 230.00 | PO:68464 | 230.00 | 8312424 | 230.00 | 16,374.86 |
| 07/25/2006 | 8312544 | 128.00 | PO:68464 | 128.00 | 8312544 | 128.00 | 16,502.86 |
| | | Final | Balance | 16,502.86 | | | |

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

DELRAY FARMS INC. #20
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D275

STATEMENT DATE 09/09/2006

CUSTOMER NO. D275 STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #20

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/11/2006 | 8272633 | 153.00 | PO:67796 | 153.00 | 8272633 | 153.00 | 153.0 |
| 07/11/2006 | 8272841 | 258.50 | PO:67796 | 258.50 | 8272841 | 258.50 | 411.5 |
| 07/11/2006 | 8272909 | 75.00 | PO:67796 | 75.00 | 8272909 | 75.00 | 486.5 |
| 07/11/2006 | 8273311 | 246.00 | PO:67796 | 246.00 | 8273311 | 246.00 | 732.5 |
| 07/12/2006 | 8279126 | 345.50 | PO:67931 | 345.50 | 8279126 | 345.50 | 1,078.0 |
| 07/12/2006 | 8279142 | 166.00 | PO:67931 | 166.00 | 8279142 | 166.00 | 1,244.0 |
| 07/12/2006 | 8279210 | 407.00 | PO:67931 | 407.00 | 8279210 | 407.00 | 1,651.0 |
| 07/12/2006 | 8279316 | 16.00 | PO:67931 | 16.00 | 8279316 | 16.00 | 1,667.0 |
| 07/13/2006 | 8278912 | 159.00 | PO:67931 | 159.00 | 8278912 | 159.00 | 1,826.0 |
| 07/17/2006 | 8285739 | 130.00 | PO:68036 | 130.00 | 8285739 | 130.00 | 1,956.0 |
| 07/17/2006 | 8285823 | 481.00 | PO:68036 | 481.00 | 8285823 | 481.00 | 2,437.0 |
| 07/17/2006 | 8285833 | 181.00 | PO:68036 | 181.00 | 8285833 | 181.00 | 2,618.0 |
| 07/17/2006 | 8285843 | 373.50 | PO:68036 | 373.50 | 8285843 | 373.50 | 2,991.5 |
| 07/17/2006 | 8286117 | 424.00 | PO:68036 | 424.00 | 8286117 | 424.00 | 3,415.5 |
| 07/17/2006 | 8286244 | 311.50 | PO:68036 | 311.50 | 8286244 | 311.50 | 3,727.0 |
| 07/18/2006 | 8293202 | 162.00 | PO:68134 | 162.00 | 8293202 | 162.00 | 3,889.0 |
| 07/18/2006 | 8293409 | 97.00 | PO:68134 | 97.00 | 8293409 | 97.00 | 3,986.0 |
| 07/18/2006 | 8293412 | 166.50 | PO:68134 | 166.50 | 8293412 | 166.50 | 4,152.5 |
| 07/18/2006 | 8293524 | 426.00 | PO:68134 | 426.00 | 8293524 | 426.00 | 4,578.5 |
| 07/18/2006 | 8293602 | 171.00 | PO:68134 | 171.00 | 8293602 | 171.00 | 4,749.5 |
| 07/18/2006 | 8294919 | 265.00 | PO:68177 | 265.00 | 8294919 | 265.00 | 5,014.5 |
| 07/19/2006 | 8299807 | 336.00 | PO:68260 | 336.00 | 8299807 | 336.00 | 5,350.5 |
| 07/19/2006 | 8300012 | 883.50 | PO:68260 | 883.50 | 8300012 | 883.50 | 6,234.0 |
| 07/19/2006 | 8300119 | 319.02 | PO:68260 | 319.02 | 8300119 | 319.02 | 6,553.0 |
| 07/20/2006 | 8299748 | 420.00 | PO:68260 | 420.00 | 8299748 | 420.00 | 6,973.0 |
| 07/20/2006 | 8299914 | 60.00 | PO:68260 | 60.00 | 8299914 | 60.00 | 7,033.0 |
| 07/20/2006 | 8299928 | 115.00 | PO:68260 | 115.00 | 8299928 | 115.00 | 7,148.0 |
| 07/24/2006 | 8306118 | 300.00 | PO:68367 | 300.00 | 8306118 | 300.00 | 7,448.0 |

Continued

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

CUSTOMER NO. D275

STATEMENT DATE 09/09/2006

DELRAY FARMS INC. #20
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

← TEAR AT PERFORATION

CUSTOMER NO. D275

STATEMENT DATE 09/09/2006

CUSTOMER NAME DELRAY FARMS INC. #20

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/24/2006 | 8306349 | 438.00 | PO:68367 | 438.00 | 8306349 | 438.00 | 7,886.02 |
| 07/24/2006 | 8306432 | 259.00 | PO:68367 | 259.00 | 8306432 | 259.00 | 8,145.02 |
| 07/24/2006 | 8306607 | 466.76 | PO:68367 | 466.76 | 8306607 | 466.76 | 8,611.78 |
| 07/24/2006 | 8306801 | 84.00 | PO:68367 | 84.00 | 8306801 | 84.00 | 8,695.78 |
| 07/25/2006 | 8312202 | 208.00 | PO:68468 | 208.00 | 8312202 | 208.00 | 8,903.78 |
| 07/25/2006 | 8312410 | 300.00 | PO:68468 | 300.00 | 8312410 | 300.00 | 9,203.78 |
| 07/25/2006 | 8312428 | 232.00 | PO:68468 | 232.00 | 8312428 | 232.00 | 9,435.78 |
| 07/25/2006 | 8312431 | 253.00 | PO:68468 | 253.00 | 8312431 | 253.00 | 9,688.78 |
| 07/25/2006 | 8312433 | 110.00 | PO:68468 | 110.00 | 8312433 | 110.00 | 9,798.78 |
| 07/25/2006 | 8312614 | 76.00 | PO:68468 | 76.00 | 8312614 | 76.00 | 9,874.78 |
| 07/25/2006 | 8312807 | 634.00 | PO:68468 | 634.00 | 8312807 | 634.00 | 10,508.78 |
| | | Final | Balance | 10,508.78 | | | |

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

Case: 1:06-cv-05005 Document #: 1 Filed: 09/15/06 Page 21 of 22 PageID #:21

# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

DELRAY FARMS INC. #31
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D276

STATEMENT DATE 09/09/2006

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

CUSTOMER NO. D276

STATEMENT DATE 09/09/2006

CUSTOMER NAME
DELRAY FARMS INC. #31

AMOUNT PAID

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/11/2006 | 8276211 | 80.00 | PO:67851 | 80.00 | 8276211 | 80.00 | 80.00 |
| 07/11/2006 | 8276306 | 50.00 | PO:67851 | 50.00 | 8276306 | 50.00 | 130.00 |
| 07/11/2006 | 8276331 | 480.00 | PO:67851 | 480.00 | 8276331 | 480.00 | 610.00 |
| 07/11/2006 | 8276333 | 219.00 | PO:67851 | 219.00 | 8276333 | 219.00 | 829.00 |
| 07/12/2006 | 8276624 | 400.00 | PO:67851 | 400.00 | 8276624 | 400.00 | 1,229.00 |
| 07/18/2006 | 8296427 | 2,015.00 | PO:68199 | 2,015.00 | 8296427 | 2,015.00 | 3,244.00 |
| 07/18/2006 | 8296509 | 925.00 | PO:68199 | 925.00 | 8296509 | 925.00 | 4,169.00 |
| 07/18/2006 | 8296533 | 524.00 | PO:68199 | 524.00 | 8296533 | 524.00 | 4,693.00 |
| 07/18/2006 | 8296542 | 360.00 | PO:68199 | 360.00 | 8296542 | 360.00 | 5,053.00 |
| 07/25/2006 | 8315945 | 90.00 | PO:68535 | 90.00 | 8315945 | 90.00 | 5,143.00 |
| 07/25/2006 | 8315946 | 140.00 | PO:68535 | 140.00 | 8315946 | 140.00 | 5,283.00 |
| 07/25/2006 | 8316013 | 595.00 | PO:68535 | 595.00 | 8316013 | 595.00 | 5,878.00 |
| 07/25/2006 | 8316021 | 2,560.00 | PO:68535 | 2,560.00 | 8316021 | 2,560.00 | 8,438.00 |
| 07/25/2006 | 8316129 | 489.72 | PO:68535 | 489.72 | 8316129 | 489.72 | 8,927.72 |
| | | Final | Balance | 8,927.72 | | | |

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*

# STATEMENT

**ANTHONY MARANO COMPANY**

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID AND RETURN THIS PORTION WITH YOUR REMITTANCE

TEAR AT PERFORATION

CUSTOMER NO. D277

STATEMENT DATE 09/09/2006

DELRAY FARMS INC. #32
4201 W. 36TH STREET -SUITE 310
CHICAGO, IL 60632

CUSTOMER NO. D277 STATEMENT DATE 09/09/2006
CUSTOMER NAME DELRAY FARMS INC. #32

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/11/2006 | 8276308 | 235.00 | PO:67852 | 235.00 | 8276308 | 235.00 | 235.00 |
| 07/11/2006 | 8276325 | 364.50 | PO:67852 | 364.50 | 8276325 | 364.50 | 599.50 |
| 07/11/2006 | 8276343 | 420.00 | PO:67852 | 420.00 | 8276343 | 420.00 | 1,019.50 |
| 07/12/2006 | 8276625 | 496.00 | PO:67852 | 496.00 | 8276625 | 496.00 | 1,515.50 |
| 07/18/2006 | 8296435 | 1,030.00 | PO:68200 | 1,030.00 | 8296435 | 1,030.00 | 2,545.50 |
| 07/18/2006 | 8296547 | 360.00 | PO:68200 | 360.00 | 8296547 | 360.00 | 2,905.50 |
| 07/18/2006 | 8296615 | 595.00 | PO:68200 | 595.00 | 8296615 | 595.00 | 3,500.50 |
| 07/25/2006 | 8316002 | 90.00 | PO:68536 | 90.00 | 8316002 | 90.00 | 3,590.50 |
| 07/25/2006 | 8316026 | 669.00 | PO:68536 | 669.00 | 8316026 | 669.00 | 4,259.50 |
| | | Final | Balance | 4,259.50 | | | |

TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES*