### *United States District Court for the Northern District of Illinois*

Case Number: _____          Assigned/Issued  By: _____

Judge Name: _____          Designated Magistrate Judge: _____

---

## FEE INFORMATION

***Amount Due:***   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____

☐ Citation to Discover Assets                _____

☐ Writ _____                  (Victim, Against and $ Amount)
    (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                              (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05